**IN THE UNITED STATES BANKRUPTCY COURT**
**<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>**

IN RE:                    :        CHAPTER 13

Robin Novak

    DEBTOR            :        BKY. NO. 23-13254-mdc

## <u>O R D E R</u>

AND NOW, this **3rd** day of **November**, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 matrix and list of creditors.

It is Ordered that the Motion is Granted. Debtor has until **11/10/2023** to file the necessary matrix and list of creditors in the above captioned matter.

By the Court:

*Magdeline D. Coleman*
_____
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge