

Cavalry Portfolio Services, LLC
P.O Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

November 10, 2023

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

**WITHDRAWAL OF CLAIM**

Re: Robin Novak

Case #: 23-13254

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim # 2-1, claim amount $564.40 filed 10/31/2023.

If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Caitlin Truman
Bankruptcy Specialist
Cavalry Portfolio Services, LLC


Kenneth E. West, Chapter 13 Trustee

Michael A. Cibik, Attorney for Debtor