**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                :         CHAPTER 13

Robin Novak

    DEBTOR                              :         BKY. NO:   23-13254-mdc

**CERTIFICATION OF SERVICE**

    I, Michael A. Cibik, Esquire, attorney for Debtor, do hereby certify that all creditors, trustee, and any interested parties were served by Electronic Means and/or First-Class Mail, a copy of the Chapter 13 Plan.

    Respectfully Submitted,

Date:  12/11/2023

/s/Michael A. Cibik
MICHAEL A. CIBIK, ESQUIRE
CIBIK LAW, P.C.
1500 WALNUT STREET, STE. 900
PHILADELPHIA, PA   19102
(215) 735-1060