IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin Novak<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>23-13254-mdc |
| Nationstar Mortgage LLC<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Robin Novak<br>    Debtor/Respondent, | Hearing Date and Time: February 8th, 2024<br>at 11:00 a.m. |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | Courtroom # 2 |

## MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER TO APPROVE THE LOAN MODIFICATION

Nationstar Mortgage LLC ("Movant"), by and through its undersigned counsel, pursuant to 11 U.S.C. § 362, by and through its undersigned counsel, hereby requests approval to modify the mortgage loan between Debtor and Movant:

1. Debtor named above filed a Chapter 13 Bankruptcy Petition on October 27, 2023.

2. Movant holds the first mortgage on Debtor's real property located at 3 N Columbus Blvd Pl263, Philadelphia, PA 19106 (the "Property").

3. Debtor applied for and has been approved for a loan modification ("Loan Modification").

4. Under the terms of the Loan Modification, the new principal balance is $243,559.98, with a new maturity date of December 1, 2063, and an interest rate of 7.75% annually (see attached Exhibit "A").

5. Debtor's total monthly mortgage payment ("Mortgage Payment") will be $2,179.13.

6. Debtor's Mortgage Payment consists of payments for principal and interest of $1,647.98, plus payments for property taxes, hazard insurance, and any other permissible escrow items ("Escrow") of $531.15.

7. Debtor understands that the Mortgage Payment is subject to change if there is an increase or decrease in the Escrow.

8. The first Mortgage Payment will be due on January 1, 2024 and continuing thereafter on the same day of each succeeding month.

WHEREFORE, Movant respectfully request this Honorable Court approve the attached Loan Modification.

Respectfully submitted,

Dated: 01/12/2024

By: */s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com