IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin Novak<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>23-13254-mdc |
| Nationstar Mortgage LLC<br>　　　Movant.<br>v. | CHAPTER 13<br>11 U.S.C. § 362 |
| Robin Novak<br>　　　Debtor/Respondent, | Hearing Date and Time: February 8th, 2024 at 11:00 a.m. |
| Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>　　　Additional Respondent. | Courtroom # 2 |

## O R D E R

AND NOW, this _____ day of _____, 2024, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with Nationstar Mortgage LLC with respect to the property located at 3 N Columbus Blvd Pl263, Philadelphia, PA 19106 is hereby APPROVED

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MAGDELINE D. COLEMAN
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE