| CO    | FILE   | DEPT   | CLOCK | VCHR NO       |
|-------|--------|--------|-------|---------------|
| 7UA   | 108183 | 000410 |       | 0000450340  1 |

# Earnings    Statement



AMERIBEST   HOME   CARE   INC
990  SPRING   GARDEN   ST  SUITE  201
PHILADELPHIA    PA  19123

| | |
|---|---|
| Period Beginning: | 10/29/2023 |
| Period Ending: | 11/04/2023 |
| Pay  Date: | 11/10/2023 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**ROBIN   D  NOVAK**
**4317  MILNOR  STREET**
**PHILADELPHIA   PA  19124**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 26.50 | 397.50 | 7,507.50 |
| Holiday | | | | 225.00 |
| Prior  Pay | | | | 75.00 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| **Gross Pay** | | | **$397.50** | 8,357.50 |

| Other  Benefits  and Information | this period | total to date |
|---|---|---|
| Pto  Balance | 12.51 | |
| Totl  Hrs  Worked | 26.50 | |

**Important  Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13.12 | 336.33 |
| | Social Security Tax | -24.65 | 518.17 |
| | Medicare Tax | -5.76 | 121.18 |
| | PA State Income Tax | -12.20 | 256.54 |
| | Philadelphia Income Tax | -14.91 | 313.54 |
| | PA SUI Tax | -0.28 | 5.85 |
| **Net Pay** | | **$326.58** | |
| | Direct Deposit | -326.58 | |
| **Net Check** | | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $397.50

© 2000  ADP,  Inc.

AMERIBEST  HOME  CARE  INC
990  SPRING  GARDEN  ST  SUITE  201
PHILADELPHIA  PA  19123

| | |
|---|---|
| Advice  number: | 00000450340 |
| Pay  date: | 11/10/2023 |

Deposited   to  the  account  of
**ROBIN   D  NOVAK**

| account  number | transit   ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx7000 | xxxx  xxxx | $326.58 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO. |
|---|---|---|---|---|
| 7UA | 108183 | 000410 | | 0000440339  1 |

# Earnings    Statement



AMERIBEST   HOME   CARE   INC
990 SPRING   GARDEN   ST SUITE   201
PHILADELPHIA    PA   19123

| | |
|---|---|
| Period Beginning: | 10/22/2023 |
| Period Ending: | 10/28/2023 |
| Pay Date: | 11/03/2023 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
    Federal:  Standard  Withholding  Table

**ROBIN   D   NOVAK**
**4317   MILNOR   STREET**
**PHILADELPHIA    PA   19124**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 26.75 | 401.25 | 7,110.00 |
| Holiday | | | | 225.00 |
| Prior  Pay | | | | 75.00 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| **Gross  Pay** | | | **$401.25** | 7,960.00 |

| Other  Benefits   and Information | this period | total to date |
|---|---|---|
| Pto  Balance | 11.85 | |
| Totl  Hrs  Worked | 26.75 | |

**Important  Notes**

BASIS  OF  PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -13.49 | 323.21 |
| | Social  Security  Tax | -24.88 | 493.52 |
| | Medicare  Tax | -5.82 | 115.42 |
| | PA  State  Income  Tax | -12.32 | 244.34 |
| | Philadelphia  Income  Tax | -15.05 | 298.63 |
| | PA  SUI  Tax | -0.28 | 5.57 |
| | **Net  Pay** | **$329.41** | |
| | Direct  Deposit | -329.41 | |
| | **Net  Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $401.25

© 2000 ADP, Inc.

AMERIBEST  HOME  CARE  INC
990 SPRING  GARDEN  ST  SUITE  201
PHILADELPHIA  PA  19123

| | |
|---|---|
| **Advice  number:** | **00000440339** |
| Pay  date: | 11/03/2023 |

Deposited   to  the  account  of
**ROBIN  D  NOVAK**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx7000 | xxxx  xxxx | $329.41 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| 7UA | 108183 | 000410 | | 0000430336  1 |

# Earnings    Statement



AMERIBEST   HOME  CARE  INC
990 SPRING  GARDEN  ST SUITE  201
PHILADELPHIA    PA  19123

| | |
|---|---|
| Period Beginning: | 10/15/2023 |
| Period Ending: | 10/21/2023 |
| Pay Date: | 10/27/2023 |

**ROBIN  D  NOVAK
4317  MILNOR  STREET
PHILADELPHIA    PA  19124**

Filing Status: Single/Married   filing  separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 28.00 | 420.00 | 6,708.75 |
| Holiday | | | | 225.00 |
| Prior  Pay | | | | 75.00 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| Gross  Pay | | | $420.00 | 7,558.75 |

| Other  Benefits  and Information | this period | total to date |
|----------------------------------|-------------|---------------|
| Pto  Balance | 11.18 | |
| Totl  Hrs  Worked | 28.00 | |

**Important  Notes**
BASIS  OF PAY: HOURLY

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -15.37 | 309.72 |
| | Social  Security  Tax | -26.04 | 468.64 |
| | Medicare  Tax | -6.09 | 109.60 |
| | PA State  Income  Tax | -12.89 | 232.02 |
| | Philadelphia  Income  Tax | -15.75 | 283.58 |
| | PA  SUI  Tax | -0.29 | 5.29 |
| Net  Pay | | $343.57 | |
| | Direct  Deposit | -343.57 | |
| Net  Check | | $0.00 | |

Your  federal  taxable  wages  this  period  are  $420.00

© 2000 ADP, Inc.

AMERIBEST  HOME  CARE  INC
990 SPRING  GARDEN  ST SUITE  201
PHILADELPHIA  PA  19123

| | |
|---|---|
| Advice number: | 00000430336 |
| Pay date: | 10/27/2023 |

Deposited  to  the  account  of
**ROBIN  D NOVAK**

| account  number | transit  ABA | amount |
|-----------------|--------------|--------|
| xxxxxxxxxxxxx7000 | xxxx  xxxx | $343.57 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO | |
|---|---|---|---|---|---|
| 7UA | 108183 | 000410 | | 0000420325 | 1 |

# Earnings Statement

**ADP**

AMERIBEST   HOME  CARE  INC
990  SPRING  GARDEN  ST  SUITE  201
PHILADELPHIA    PA  19123

| | |
|---|---|
| Period  Beginning: | 10/08/2023 |
| Period  Ending: | 10/14/2023 |
| Pay  Date: | 10/20/2023 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal:  Standard  Withholding  Table

**ROBIN  D  NOVAK
4317  MILNOR  STREET
PHILADELPHIA   PA  19124**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 29.50 | 442.50 | 6,288.75 |
| Holiday | | | | 225.00 |
| Prior  Pay | | | | 75.00 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| Gross Pay | | | $442.50 | 7,138.75 |

| Other  Benefits  and Information | this period | total to date |
|---|---|---|
| Pto  Balance | 10.48 | |
| Totl  Hrs  Worked | 29.50 | |

**Important  Notes**
BASIS  OF  PAY:  HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -17.62 | 294.35 |
| | Social  Security  Tax | -27.43 | 442.60 |
| | Medicare  Tax | -6.41 | 103.51 |
| | PA  State  Income  Tax | -13.58 | 219.13 |
| | Philadelphia  Income  Tax | -16.59 | 267.83 |
| | PA  SUI  Tax | -0.31 | 5.00 |
| Net Pay | | $360.56 | |
| | Direct  Deposit | -360.56 | |
| Net Check | | $0.00 | |

Your  federal  taxable  wages  this  period  are  $442.50

© 2000 ADP, Inc.

AMERIBEST  HOME  CARE  INC
990  SPRING  GARDEN  ST  SUITE  201
PHILADELPHIA  PA  19123

| | |
|---|---|
| **Advice  number:** | **00000420325** |
| Pay  date: | 10/20/2023 |

Deposited  to the  account  of
**ROBIN  D  NOVAK**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx7000 | xxxx  xxxx | $360.56 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO |
|----|------|------|-------|---------|
| 7UA | 108183 | 000410 | | 0000410318 1 |

# Earnings    Statement



AMERIBEST   HOME  CARE  INC
990  SPRING   GARDEN   ST  SUITE  201
PHILADELPHIA    PA  19123

| | |
|---|---|
| Period Beginning: | 10/01/2023 |
| Period Ending: | 10/07/2023 |
| Pay Date: | 10/13/2023 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**ROBIN  D  NOVAK**
**4317  MILNOR  STREET**
**PHILADELPHIA    PA  19124**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 27.25 | 408.75 | 5,846.25 |
| Prior Pay | 15.0000 | 5.00 | 75.00 | 75.00 |
| Holiday | | | | 225.00 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| **Gross Pay** | | | **$483.75** | 6,696.25 |

| Other Benefits  and Information | this period | total to date |
|---------------------------------|-------------|---------------|
| Pto Balance | 9.74 | |
| Totl Hrs Worked | 32.25 | |

**Important  Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -21.85 | 276.73 |
| | Social Security Tax | -29.99 | 415.17 |
| | Medicare Tax | -7.02 | 97.10 |
| | PA State Income Tax | -14.85 | 205.55 |
| | Philadelphia Income Tax | -18.14 | 251.24 |
| | PA SUI Tax | -0.34 | 4.69 |
| **Net Pay** | | **$391.56** | |
| | Direct Deposit | -391.56 | |
| **Net Check** | | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $483.75

© 2000 ADP, Inc.

AMERIBEST  HOME  CARE  INC
990  SPRING  GARDEN  ST  SUITE  201
PHILADELPHIA  PA  19123

| Advice number: | 00000410318 |
|----------------|-------------|
| Pay date: | 10/13/2023 |

THIS IS NOT A CHECK

| Deposited  to the  account  of | account  number | transit  ABA | amount |
|--------------------------------|-----------------|--------------|--------|
| **ROBIN  D  NOVAK** | xxxxxxxxxxxxx7000 | xxxx  xxxx | $391.56 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| 7UA | 108183 | 000410 | | 0000400313  1 |

# Earnings   Statement



AMERIBEST   HOME   CARE   INC
990 SPRING   GARDEN   ST SUITE   201
PHILADELPHIA    PA   19123

Period  Beginning:      09/24/2023
Period  Ending:          09/30/2023
Pay  Date:                   10/06/2023

Filing Status: Single/Married   filing  separately
Exemptions/Allowances:
   Federal:  Standard  Withholding  Table

**ROBIN   D  NOVAK
4317  MILNOR  STREET
PHILADELPHIA    PA  19124**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 28.00 | 420.00 | 5,437.50 |
| Holiday | | | | 225.00 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| **Gross Pay** | | | **$420.00** | 6,212.50 |

| Other Benefits  and Information | this period | total to date |
|---------------------------------|-------------|---------------|
| Pto  Balance | 9.06 | |
| Totl  Hrs  Worked | 28.00 | |

## Important  Notes
BASIS  OF  PAY: HOURLY

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income  Tax | -15.37 | 254.88 |
| | Social  Security  Tax | -26.04 | 385.18 |
| | Medicare  Tax | -6.09 | 90.08 |
| | PA  State  Income  Tax | -12.89 | 190.70 |
| | Philadelphia  Income  Tax | -15.75 | 233.10 |
| | PA  SUI  Tax | -0.30 | 4.35 |
| **Net Pay** | | **$343.56** | |
| Direct  Deposit | | -343.56 | |
| **Net Check** | | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $420.00

© 2000 ADP, Inc.

AMERIBEST  HOME  CARE  INC
990 SPRING  GARDEN  ST SUITE  201
PHILADELPHIA  PA  19123

Advice  number:          00000400313
Pay  date:                     10/06/2023

Deposited  to the account  of
**ROBIN  D NOVAK**

| | account  number | transit  ABA | amount |
|--|-----------------|--------------|--------|
| | xxxxxxxxxxxxxx7000 | xxxx  xxxx | $343.56 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 7UA | 108183 | 000410 | | 0000390309 | 1 |

# Earnings   Statement



AMERIBEST   HOME  CARE  INC
990  SPRING  GARDEN  ST SUITE  201
PHILADELPHIA    PA  19123

Period Beginning:       09/17/2023
Period Ending:          09/23/2023
Pay  Date:              09/29/2023

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

ROBIN  D  NOVAK
4317  MILNOR  STREET
PHILADELPHIA   PA  19124

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 28.00 | 420.00 | 5,017.50 |
| Holiday | | | | 225.00 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| Gross Pay | | | $420.00 | 5,792.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto  Balance | 8.36 | |
| Totl  Hrs  Worked | 28.00 | |

**Important  Notes**
BASIS  OF  PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income  Tax | -15.37 | 239.51 |
| | Social  Security  Tax | -26.04 | 359.14 |
| | Medicare  Tax | -6.09 | 83.99 |
| | PA State  Income  Tax | -12.89 | 177.81 |
| | Philadelphia  Income  Tax | -15.75 | 217.35 |
| | PA SUI  Tax | -0.29 | 4.05 |
| Net Pay | | $343.57 | |
| Direct  Deposit | | -343.57 | |
| Net Check | | $0.00 | |

Your  federal  taxable  wages  this period  are  $420.00

© 2000 ADP, Inc.

AMERIBEST  HOME  CARE  INC
990  SPRING  GARDEN  ST SUITE  201
PHILADELPHIA  PA 19123

Advice  number:        00000390309
Pay  date:             09/29/2023

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| ROBIN  D NOVAK | xxxxxxxxxxxxx7000 | xxxx  xxxx | $343.57 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 7UA | 108183 | 000410 | | 0000380303  1 |

# Earnings  Statement



AMERIBEST   HOME  CARE  INC
990 SPRING  GARDEN  ST SUITE 201
PHILADELPHIA    PA 19123

| | |
|---|---|
| Period Beginning: | 09/10/2023 |
| Period Ending: | 09/16/2023 |
| Pay Date: | 09/22/2023 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Standard  Withholding  Table

**ROBIN  D  NOVAK**
**4317  MILNOR  STREET**
**PHILADELPHIA   PA  19124**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 23.00 | 345.00 | 4,597.50 |
| Holiday | | | | 225.00 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| Gross Pay | | | $345.00 | 5,372.50 |

| Other Benefits  and Information | this period | total to date |
|---|---|---|
| Pto  Balance | 7.66 | |
| Totl Hrs  Worked | 23.00 | |

**Important  Notes**
BASIS  OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income  Tax | -7.87 | 224.14 |
| | Social  Security  Tax | -21.39 | 333.10 |
| | Medicare  Tax | -5.00 | 77.90 |
| | PA  State  Income  Tax | -10.59 | 164.92 |
| | Philadelphia  Income  Tax | -12.94 | 201.60 |
| | PA  SUI  Tax | -0.24 | 3.76 |
| Net Pay | | $286.97 | |
| | Direct  Deposit | -286.97 | |
| Net Check | | $0.00 | |

Your  federal  taxable  wages  this  period  are  $345.00

© 2000 ADP,  Inc.

AMERIBEST  HOME  CARE  INC
990 SPRING  GARDEN  ST SUITE 201
PHILADELPHIA  PA 19123

| | | |
|---|---|---|
| Advice  number: | 00000380303 | |
| Pay  date: | 09/22/2023 | |

Deposited  to the  account  of
**ROBIN  D NOVAK**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx7000 | xxxx  xxxx | $286.97 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 7UA | 108183 | 000410 | | 0000360288 | 1 |

# Earnings    Statement



AMERIBEST   HOME   CARE   INC
990  SPRING   GARDEN   ST  SUITE   201
PHILADELPHIA     PA   19123

| | |
|---|---|
| Period  Beginning: | 08/27/2023 |
| Period  Ending: | 09/02/2023 |
| Pay  Date: | 09/08/2023 |

Filing Status: Single/Married   filing  separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

**ROBIN   D  NOVAK
4317  MILNOR  STREET
PHILADELPHIA    PA   19124**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 25.75 | 386.25 | 3,907.50 |
| Holiday | | | | 112.50 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| Gross Pay | | | $386.25 | 4,570.00 |

| Other  Benefits  and Information | this period | total to date |
|---|---|---|
| Pto  Balance | 6.51 | |
| Totl  Hrs  Worked | 25.75 | |

## Important  Notes
BASIS  OF  PAY:  HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -11.99 | 197.15 |
| | Social  Security  Tax | -23.95 | 283.34 |
| | Medicare  Tax | -5.61 | 66.27 |
| | PA  State  Income  Tax | -11.86 | 140.28 |
| | Philadelphia  Income  Tax | -14.48 | 171.50 |
| | PA  SUI  Tax | -0.27 | 3.20 |
| Net Pay | | $318.09 | |
| Direct  Deposit | | -318.09 | |
| Net Check | | $0.00 | |

Your  federal  taxable  wages  this  period  are  $386.25

© 2000  ADP,  Inc.

AMERIBEST  HOME  CARE  INC
990  SPRING  GARDEN  ST  SUITE  201
PHILADELPHIA  PA  19123

| | |
|---|---|
| Advice  number: | 00000360288 |
| Pay  date: | 09/08/2023 |

Deposited   to  the  account  of
**ROBIN   D  NOVAK**

| account  number | transit   ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx7000 | xxxx   xxxx | $318.09 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# Earnings   Statement



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 7UA | 108183 | 000410 | | 0000350279 | 1 |

AMERIBEST   HOME   CARE   INC
990  SPRING   GARDEN   ST  SUITE  201
PHILADELPHIA    PA   19123

| Period  Beginning: | 08/20/2023 |
|---|---|
| Period  Ending: | 08/26/2023 |
| Pay  Date: | 09/01/2023 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

**ROBIN   D  NOVAK**
**4317  MILNOR  STREET**
**PHILADELPHIA    PA   19124**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 28.00 | 420.00 | 3,521.25 |
| Holiday | | | | 112.50 |
| Sign-on  Bonus | | | | 500.00 |
| TRAINING | | | | 50.00 |
| Gross  Pay | | | $420.00 | 4,183.75 |

| Other  Benefits  and Information | this period | total to date |
|---|---|---|
| Pto  Balance | 5.87 | |
| Totl  Hrs  Worked | 28.00 | |

**Important  Notes**
BASIS  OF  PAY:  HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -15.37 | 185.16 |
| | Social  Security  Tax | -26.04 | 259.39 |
| | Medicare  Tax | -6.09 | 60.66 |
| | PA  State  Income  Tax | -12.89 | 128.42 |
| | Philadelphia  Income  Tax | -15.75 | 157.02 |
| | PA  SUI  Tax | -0.30 | 2.93 |
| | Net  Pay | $343.56 | |
| | Direct  Deposit | -343.56 | |
| | Net  Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $420.00

© 2000  ADP,  Inc.

AMERIBEST  HOME  CARE  INC
990  SPRING  GARDEN  ST  SUITE  201
PHILADELPHIA  PA  19123

| Advice  number: | 00000350279 |
|---|---|
| Pay  date: | 09/01/2023 |

Deposited  to  the  account  of
**ROBIN  D  NOVAK**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx7000 | xxxx  xxxx | $343.56 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE