**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**   Robin Novak

**CHAPTER:** 13

**Debtor(s)** | **CASE NO.**   23-13254-mdc

## CERTIFICATION OF NO PAYMENT ADVICES
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, Robin Novak_____, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ I did not receive payment advices due to factors other than those listed above.  (Please explain)
I started my position with 22nd Century Technologies, Inc. after filing my bankruptcy.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: Jan 30, 2024

_____
Debtor