IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin Novak<br>　　　Debtor,<br><br>Nationstar Mortgage LLC<br>　　　Movant.<br>v.<br><br>Robin Novak<br>　　　Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-13254-mdc<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## CERTIFICATION OF NO RESPONSE

　　Nationstar Mortgage LLC ("Movant"), by and through its attorneys, LOGS Legal Group LLP, represents as follows:

　　1.　　Movant has filed its Motion to Approve Loan Modification (the "Motion") and has given notice to all required parties of the Motion, Notice of Hearing and of the necessity to file an answer.

　　2.　　The time to answer or otherwise respond to the Motion has expired, and no answer has been filed.

　　3.　　The Trustee has been given the notices mentioned above and has not notified Movant of his intention to contest the Motion

　　WHEREFORE, Movant requests that the Court enter an Order granting Movant relief from the automatic stay. A proposed order to such effect is submitted herewith.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: 02/02/2024　　　　　　　　　　BY:/s/ Christopher A. DeNardo
　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo 78447
　　　　　　　　　　　　　　　　　　　　Heather Riloff - 309906
　　　　　　　　　　　　　　　　　　　　Leslie J. Rase, 58365
　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　985 Old Eagle School Road, Suite 514
　　　　　　　　　　　　　　　　　　　　Wayne, PA 19087
　　　　　　　　　　　　　　　　　　　　(610) 278-6800
　　　　　　　　　　　　　　　　　　　　logsecf@logs.com