IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin Novak<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>23-13254-mdc |
| Nationstar Mortgage LLC<br>　　　Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Robin Novak<br>　　　Debtor/Respondent, | Hearing Date and Time: February 8th, 2024 at 11:00 a.m. |
| Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>　　　Additional Respondent. | |

**O R D E R**

AND NOW, this __8th__ day of ___February___, 2024, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with Nationstar Mortgage LLC with respect to the property located at 3 N Columbus Blvd Pl263, Philadelphia, PA 19106 is hereby APPROVED

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE