UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ROBIN NOVAK<br><br>           Debtor | Chapter 13<br><br>Bankruptcy No. 23-13254-MDC |

## CERTIFICATE OF SERVICE

      I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 4th day of March, 2024 by first class mail upon those listed below:

ROBIN NOVAK
3 N COLUMBUS BLVD PL 263
PL 263
PHILADELPHIA, PA  19106-1407

**Electronically via ECF/System ONLY:**

MICHAEL I. ASSAD

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107


                                                             */s/ Kenneth E. West, Esq.*
                                                             Kenneth E. West, Esq.
                                                             Standing Chapter 13 Trustee