United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13254-mdc |
| Robin Novak | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robin Novak, 3 N Columbus Blvd Pl 263, PL 263, Philadelphia, PA 19106-1419 |
| 14830030 | + | Amwst Fnd Co, 300 Welsh Road Building 5, Horsham, PA 19044-2250 |
| 14830941 | + | Nationstar Mortgage LLC, c/o Christopher A. DeNardo, Esq., 3600 Horizon Drive., Ste 150, King of Prussia, PA 19406-4702 |
| 14830057 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14830059 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14830061 | + | Pier 3 Condominimum Assn, 3 North Columbus Blvd, Philadelphia, PA 19106-1466 |
| 14843524 | + | Pier 3 Condominium Association, 3 N. Columbus Blvd., Philadelphia, PA 19106-1466 |
| 14830065 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 14827042 | | U.S. Department of Housing and Urban Development20, Oklahoma City, OK 73106 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 10 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bankruptcy@cavps.com | Apr 10 2024 00:21:00 | Cavalry SPV l, LLC, PO BOX 4252, Greenwich, CT 06831-0405 |
| 14830037 | | Email/Text: megan.harper@phila.gov | Apr 10 2024 00:21:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14839573 | + | Email/Text: documentfiling@lciinc.com | Apr 10 2024 00:20:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14830031 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2024 00:36:31 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14830032 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2024 00:35:50 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14830033 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 10 2024 00:36:18 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 14829636 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2024 00:36:29 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14830035 | + | Email/Text: bankruptcy@cavps.com | Apr 10 2024 00:21:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 500 Summit Lake Drive , Suite 400, Vahalla, NY 10595-2321 |
| 14830034 | + | Email/Text: bankruptcy@cavps.com | Apr 10 2024 00:21:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14827513 | + | Email/Text: bankruptcy@cavps.com | Apr 10 2024 00:21:00 | Cavalry SPV I, LLC, PO Box 27288, Tempe AZ 85285-7288 |
| 14826865 | + | Email/Text: bankruptcy@cavps.com | Apr 10 2024 00:21:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14830036 | ^ | MEBN | Apr 10 2024 00:20:20 | Chime/Stride Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 14830038 | | Email/Text: bankruptcy@philapark.org | Apr 10 2024 00:21:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14830039 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 00:21:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14830040 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 00:21:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14830041 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 10 2024 00:21:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14830043 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2024 00:36:41 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14830042 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2024 00:35:32 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14830047 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2024 00:35:32 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14840377 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2024 00:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14830045 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 10 2024 00:20:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14837668 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2024 00:35:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14830048 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 10 2024 00:21:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14844423 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 10 2024 00:21:00 | Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14829986 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 10 2024 00:21:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |
| 14830049 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 10 2024 00:21:00 | Nationstar, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14844642 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 10 2024 00:21:00 | Nationstar Mortgage LLC, Bankruptcy Department, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14830050 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 10 2024 00:21:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrified, VA 22119-3000 |
| 14840001 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 10 2024 00:21:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14830051 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 10 2024 00:21:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14830052 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 10 2024 00:21:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14830053 | | Email/Text: bnc@nordstrom.com | Apr 10 2024 00:21:41 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14830055 | | Email/Text: fesbank@attorneygeneral.gov | | |

| Recip ID | | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 10 2024 00:21:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14830058 | ^ | MEBN | Apr 10 2024 00:20:35 | PGW, Legal, 800 W. Montgomery Avenue Dept. 4th Floor, Philadelphia, PA 19122-2806 |
| 14830054 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 10 2024 00:21:00 | Peco Energy, Legal Depart, 2301 Market St # N 3-1, Philadelphia, PA 19103-1338 |
| 14830056 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14830060 | + | Email/Text: bankruptcy@philapark.org | Apr 10 2024 00:21:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14830062 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 10 2024 00:21:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14830063 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:36:14 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14830064 | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 00:21:00 | Target, c/o Fin & Retail Srvs, Mailstop BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14830067 | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 00:21:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14830066 | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 00:21:00 | Target Nb, C/O Fin & Retail Serv, Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14830068 | ^ | MEBN | Apr 10 2024 00:20:40 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14830069 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 10 2024 00:21:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14830070 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 10 2024 00:21:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14836180 | | Email/Text: EDBKNotices@ecmc.org | Apr 10 2024 00:20:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN, 55116-0448 |
| 14830072 | | Email/Text: EDBKNotices@ecmc.org | Apr 10 2024 00:20:00 | U.S. Department of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 14830071 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 10 2024 00:21:00 | U.S. Department of Education, ECMC/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14830073 | ^ | MEBN | Apr 10 2024 00:20:21 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14826601 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 10 2024 00:35:25 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14830074 | ^ | MEBN | Apr 10 2024 00:20:16 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |

| | | |
|---|---|---|
| 14830044 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14830046 | * | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14830075 | *+ | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robin Novak help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    ROBIN NOVAK

Chapter 13

Bankruptcy No. 23-13254-MDC

Debtor

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE: April 8, 2024

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge